**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03086-CMA-BNB

GODWIN ABIAKAM,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING APRIL 12, 2012
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This case was referred to United States Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 13.)  On April 12, 2012, the Magistrate Judge issued a Recommendation, advising that Defendant's Motion for Summary Judgment "be granted and that summary judgment enter in favor of the defendant on all of the plaintiff's claims."  (Doc. # 47 at 20 (emphasis deleted).)  The Recommendation stated that "the parties have 14 days after service of this recommendation to serve and file specific, written objections."  (*Id.*)  It also informed the parties that "failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge . . . ."  (*Id.* at 20-21.)  Neither party has filed objections.

    "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that the Magistrate Judge's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 47) is AFFIRMED and ADOPTED.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. # 30) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

DATED:  May __04__, 2012

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge